IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>　　　　Defendants. | No. CR 14-00196 CRB<br><br>**ORDER DIRECTING RE-FILING OF MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT** |

Defendant Kwok Cheung Chow filed a Motion to Dismiss for Outrageous Government Conduct and/or Pursuant to the Court's Supervisory Powers on November 4, 2015, after voir dire had already occurred in this case.[1] See Mot. (dkt. 1107); Minutes of 11/2/2015 (dkt. 1102). Defendant's Motion, despite its length and despite its rhetoric, see Mot. at 46 ("This is how the holocaust happened."), included limited citations to evidence, see, e.g., id. at 22 ("The FBI channeled vast sums of taxpayer money into the mayoral elections in San Francisco . . . [no citation]"). Trial commenced on November 9, 2015, and the government filed its Opposition to the Motion on November 16, 2015. See Minutes of 11/9/2015 (dkt. 1120); Opp'n (dkt. 1135). The Court informed the parties that,

---

[1] On October 14, 2015, Defendant had filed a Notice of Intent to File a Motion to Dismiss Based on Outrageous Government Conduct at a Future Date. See Notice (dkt. 1067). That Notice promised a motion including "all reasoning, facts and episodes of outrageous government conduct supported by relevant law, and supporting exhibits." Id. at 1.

rather than pause the trial in order to conduct evidentiary hearings and hear arguments on Defendant's Motion, the Court would turn to the Motion at the conclusion of trial, if Defendant was convicted.  See Minutes of 11/16/2015 (dkt. 1136).

Trial has now concluded and the jury has returned a verdict of guilty on all counts. See Jury Verdict (dkt. 1283).  The Court notes that a number of the assertions contained in Defendant's Motion have been rendered moot by the verdict in this case and/or the evidence that came in at trial.  Accordingly, if Defendant wishes to pursue a motion to dismiss based on outrageous government conduct, the Court DIRECTS Defendant to prepare and file a revised motion.  Defendant's revised motion should include: (1) citations to the record that Defendant believes to be examples of outrageous government conduct; and (2) proffers as to any witnesses Defendant intends to call in an evidentiary hearing.  The proffers must set forth in detail the subjects the witnesses would address and the basis for Defendant's belief that those witnesses would testify to those subjects.  The motion should be filed on or before Friday, January 22, 2016, or it will be deemed withdrawn.

**IT IS SO ORDERED.**

Dated: January 11, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE